Joshua Bronstein, Esq.
Attorney for the Debtor
95th Street Square, Inc.
114 Soundview Drive,
Port Washington, NY 11050
Tel.: (516) 698-0202
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Hearing Date: November 5, 2018
Hearing Time: 3:00 P.M.

------------------------------------------------------------------X

In Re,

95th Street Square Inc.                                    Chapter 7

                              Debtor,                      Case No.: 17-12270 (SCC)


------------------------------------------------------------------x

**NOTICE OF MOTION TO BE RELIEVED PURSUANT TO 28 USC 157 AND LOCAL BANKRUPTCY 2090-1(e)**

**PLEASE TAKE NOTICE,** that upon the annexed Notice of Motion and the supporting declaration, Joshua Bronstein, attorney for Debtor, will move this Court before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in the United States Bankruptcy Court, located at 1 Bowling Green, New York, NY 10004 on November 5, 2018 at 3:00 P.M. or as soon thereafter as counsel can be heard, for an order relieving him of counsel, and for such other and further relief as this Court may deem just and proper.

Please take further notice that Federal Rules of Civil Procedure and the local rules of this Court written objections must be received by the undersigned by October 31, 2018 at 5:00 P.M.


Dated: Port Washington, New York
       October 23, 2018

                                          By: _____
                                              Joshua Bronstein
                                              Attorney for Debtor

1

114 Soundview Drive
Port Washington, NY 11050
**Tel.: (516) 698-0202**

**To:** Honorable Shelley C. Chapman,
United States Bankruptcy Judge
United States Bankruptcy Court
1 Bowling Green,
New York, NY 10004

William K. Harrington
United States Trustee, Region 2
Attn: Shannon Anne Scott
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014

Al Zanure
Member of the Debtor
Ninety Fifth Street Square, Inc.
1852 East 22nd Street
Brooklyn, N.Y. 11229

30 Aerie Court
Unit 30 and Unit 90
Manhasset, New York 11030

Shapiro, DiCaro & Bark, LLC
Attorneys for Wells Fargo Bank, N.A.
Et. Al.
175 Mile Crossing Boulevard
Rochester, New York 14624

Joshua Bronstein, Esq.
Attorney for the Debtor
95th Street Square, Inc.
114 Soundview Drive,
Port Washington, NY 11050
Tel.: (516) 698-0202
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X    Declaration

In Re,

95th Street Square Inc.                                              Chapter 7

                    Debtor,                                          Case No.: 17-12270 (SCC)


----------------------------------------------------------------X
          Joshua Bronstein, an attorney admitted to practice lw in the Courts of the State of
New York and the Southern District, declares under the penalties of perjury:

   1.     I am the attorney for the Debtor Ninety-Fifth Street Square Inc.  As such, I am fully

          familiar with this case and the facts stated herein.

   2.     I am submitting this declaration in support of my motion to be relieved as counsel

          pursuant to 28 USC 157 and bankruptcy rule 2090-1 ( e ).

   3.     On or about August 17, 2017, I became the attorney for the debtor 95th Street Square

          Inc. See Exhibit "1" annexed hereto for a copy of the Petition.

   4.     Al Zanzure hired me to file the voluntary Chapter 11 Petition in this case on behalf

          of 95th Street because he stated that he wanted to restructure 95th Street Square Inc.

          and he needed an attorney to file the Petition as per New York State Law.

   5.     Mr. Zanzure advised me that this was the first voluntary Chapter 11 case to

          restructure filed on behalf of the debtor 95th Street, so I had no doubt in my mind

          that he would provide me with the proper documentation and information.

3

6.    I would never have been the attorney for the debtor after receiving $500.00 if I knew I would not receive cooperation with Mr. Zanzure and the debtor.

7.    Unfortunately, Mr. Zanzure did not return my telephone calls or correspond with me pursuant to this matter since a short time after I became attorney for the debtor in this case.

8.    Mr. Zanzuri did not provide me with any documents pertaining to the debtor, Ninety Fifth Street Square, Inc. despite my requesting them and asking for my agreed fee of $2,000.00 to commence the bankruptcy case.

9.    I was only paid $500.00 at the time I became the attorney for the debtor, with a promise for the remaining balance plus documentation, and information concerning the debtor after the filing.

10.   After reviewing the record recently, I first discovered that Al Zanzuri field a pro opposition to the Creditor Wells Fargo Bank, N.A. motion to vacate/lift the bankruptcy stay in October 2017; and the opposition states that I submitted that opposition. See Exhibit "2" annexed hereto.

11.   This is totally false. Mr. Zanzuri prepared and filed this document without my knowledge or consent. This can be seen as the incorrect address of "122 Soundview Drive" appears on the fake letterhead. My correct address is 114 Soundview Drive.

12.   If Mr. Zanzuri was forth-wright about me being the debtors' attorney and assisting the debtor in this case, why did he not review this document with me and/or have me sign an affirmation, especially since the debtor is a Company, and has to be represented by an attorney in New York.

4

13.    It begs the question was I just used because 95th Street needed an attorney to file the bankruptcy Petition?

14.    I even appeared at the initial meeting of creditors before the Chapter 7 Trustee Lamonica, and Mr. Zanzure failed to appear. No creditor appeared either.

15.    I make this motion to be relieved; and I should not have to appear at the meeting of creditors on October 24th because, to reiterate, I only became the attorney on the petition because Mr. Zanzuri advised me that he wanted to restructure his company and he told me that he would gather all the financial documentation for me to file.

16.    This never happened. I did not receive any documentation from Mr. Zanzure on behalf of the debtor.

17.    Since I have had no cooperation with the debtor and Mr. Zanzure; specifically since I have received no documentation despite promises thereto; and I was not paid my attorney fee, I respectfully request that the Honorable Court grant my motion to relieve me as the counsel for the debtor in this case.

Wherefore, I respectfully request that my motion to be relieved be granted.

Dated: Port Washington, New York
       October 23, 2018

_____
Joshua Bronstein, Esq.

5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In Re,

95th Street Square Inc.                                    Chapter 7

                    Debtor,                                Case No.: 17-12270 (SCC)


------------------------------------------------------------------

ORDER GRANTING MOTION OF JOSHUA BRONSTEIN, ESQ.
TO WITHDRAW AS COUNSEL TO THE DEBTOR


    Upon the motion, dated October 23, 2018, (the "motion"), of Joshua Bronstein, Esq., for
an order authorizing him to withdraw as counsel of record for the debtor, Ninety Fifth Street
Square Inc. (the "Debtor"); and, after due and sufficient notice of the Motion, there being no
objections to the requested relief, and upon the record of the hearing held by the Court on the
Motion on November 5, 2018; and, after due deliberation, it appearing that Joshua Bronstein,
Esq. has established sufficient cause to be relieved as the Debtor's counsel of record pursuant to
Local Bankruptcy rule 2090-1; now, therefore, it is hereby

    ORDERED, that the motion is granted and Joshua Bronstein, Esq. shall cease as counsel
of record for the Debtor effective November 5, 2018.


Dated: New York, New York
       November 5, 2018


                                                _____
                                                United States Bankruptcy Judge

7

Exhibit "1"

FILED
U.S. BANKRUPTCY COURT
2017 AUG 17 P 12 20
S.D. OF N.Y.

Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (*if known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Ninety Fifth Street Square Inc | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | n/a | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 2 6 – 1 7 0 9 0 9 1 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 557 Grand Concourse, Suite 6005<br>Number     Street | Same<br>Number     Street |
| | P.O. Box |
| Bronx     NY     10451<br>City     State     ZIP Code | City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Bronx<br>County | 273 East 95 Street<br>Number     Street |
| | Brooklyn     NY     11212<br>City     State     ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | n/a |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | Ninety Fifth Street Square Inc | Case number (if known) |
|--------|--------------------------------|------------------------|
|        | Name                           |                        |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District ___Eastern___ When __04/20/2016__ Case number _1-16-41652-ess_
                                MM / DD / YYYY

            District ___Southern___ When __12/14/2016__ Case number _16-13495-scc_
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____

                                                MM / DD / YYYY

       Case number, if known _____

| Debtor | Ninety Fifth Street Square Inc | Case number *(if known)* |
|--------|-------------------------------|--------------------------|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|--------|--------|

_____

| City | | State | ZIP Code |
|------|--|-------|----------|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|--|--|--|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|--|--|--|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Ninety Fifth Street Square Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/17/2017___
      MM / DD / YYYY

**X** _____      Al Zanzuri
Signature of authorized representative of debtor    Printed name

Title  officer_____

**18. Signature of attorney**

**X** _____    Date  ___08/17/2017___
Signature of attorney for debtor             MM / DD / YYYY

Joshua Bronstein_____
Printed name
Joshua Bronstein, Esq_____
Firm name
114 Soundview Drive_____
Number     Street
Port Washington_____    NY   11050
City                      State   ZIP Code

516-698-0202_____    jbronsteinlaw@gmail.com
Contact phone                     Email address

4178687_____        NY
Bar number                      State

---

Debtor Name  NINETY FIFTH STREET SQUARE INC

United States Bankruptcy Court for the: _____ District of  NY
                                                                    (State)

Case number (if known):  _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐  Schedule H: Codebtors (Official Form 206H)

☐  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐  Amended Schedule ____

☑  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/17/2017                    ✗ _____
              MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                            Al Zanzuri
                                            Printed name

                                            Officer
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **NINETY FIFTH STREET SQUARE INC**

United States Bankruptcy Court for the: _____ District of **NY**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 1 Nedel Lionel 223 Bedford Avenue #1029 Brookly New York 11211 | | Contract Deposit | | | | $20,000.00 |
| 2 AAA Contracting Inc 1701 Utica Avenue Brooklyn New York 11234 | | Debt | | | | $62,500.00 |
| 3 Neil Rodriguez 3203 Quentin Road Brooklyn, New York11234 | | Lease Security Deposit | | | | $3,200.00 |
| 4 Bhayb Trust 2926 Avenue L Brooklyn, New York 11210 | | Loan | | | | $18,500.00 |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor    NINETY FIFTH STREET SQUARE INC          Case number (if known)_____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

## United States Bankruptcy Court
### Southern District of New York

In re    NINETY FIFTH STREET SQUARE INC                Case No. _____

                                  Debtor(s)          Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    August 17, 2017 _____

                                  Al Zanzuri / officer
                                  Signer/Title

Nedel Lionel
223 Bedford Avenue #1029
Brooklyn NY 11211


AAA Contracting Inc
1701 Utica Avenue
Brooklyn NY 11234


Bayis Neemon Inc
1323 East 15 Street
Ground Floor
Brooklyn NY 11230


Neil Rodriguez
3203 Quentin Road
Brooklyn NY 11234


Bhayb Trust
2926 Avenue L
Brooklyn NY 11210


US Bank National Association
1800 Tapo Canyon Road
Simi Valley CA, 93063


US Bank National Association As Trustee
4801 Frederica Street
Owensboro KY 42301

# United States Bankruptcy Court
## Southern District of New York

In re   NINETY FIFTH STREET SQUARE INC _____   Case No. _____

Debtor(s)                                              Chapter    11 _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for NINETY FIFTH STREET SQUARE INC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


August 17, 2017 _____                    _____
Date                                                Al Zanzuri / officer

# Corporate Resolutions

A meeting was held on August 17, 2017 whereby it was resolved that Ninety Fifth Street Square Inc Would file Chapter 11 Bankruptcy

_____

Al Zanzuri / officer

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### STATEMENT PURSUANT TO LOCAL
### BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** NINETY FIFTH STREET SQUARE INC          **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐   NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☑   THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: 1-16-41652-ess JUDGE: Hon. Elizabeth S. Stong DISTRICT/DIVISION: Eastern _____

CASE STILL PENDING (Y/N): __N___          *[If closed]* Date of closing: 09/30/2016 _____

CURRENT STATUS OF RELATED CASE:  dismissed _____
                                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above):*  same debtor _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.: 16-13495-scc  JUDGE: Hon. Shelley Chapman  DISTRICT/DIVISION: Southern _____

CASE STILL PENDING (Y/N): __N___          *[If closed]* Date of closing: 01/24/2017 _____

CURRENT STATUS OF RELATED CASE:  dismissed _____
                                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above):*  same debtor _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

_____                    _____
Joshua Bronstein                                           Signature of Pro Se Debtor/Petitioner
Signature of Debtor's Attorney
Joshua Bronstein, Esq.
114 Soundview Drive                                        _____
Port Washington, NY 11050                                  Signature of Pro Se Joint Debtor/Petitioner
516-698-0202
jbronsteinlaw@gmail.com
                                                           _____
                                                           Mailing Address of Debtor/Petitioner

                                                           _____
                                                           City, State, Zip Code

                                                           _____
                                                           Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise
result.

Exhibit "2"

Submitted by

Joshua Bronstein, Esq.

Attorney for debtor

Ninety Fifth Street Square, Inc.

122 Soundview Ave

Port Washington, NY

jbronsteinlaw@gmail.com

(516) 698-0202



# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

BOWLING GREEN

NYC, NY

IN RE: NINETY FIFTH STREET SQUARE, INC

CASE NO. 17-12270-REF  S CC

CHAPTER 11

Judge Shelly C. Chapman

---

## DEBTOR'S DECLARATION IN OPPOSITION TO MOTION TO LIFT STAY AND FOR PROSPECTIVE RELIEF

---

The Debtor, NINETY FIFTH STREET SQUARE, INC, by its Vice President, AL ZANZURE, does hereby submit this DECLARATION in opposition to the secured Creditors, instant application to vacate the Stay provided in 11 USC Section 362, and alleges as follows:

1. I am the President of debtor, and make this declaration of my own knowledge. I submit this declaration in opposition to this

creditors' instant request for relief from the statutory stay and
for prospective relief.

2. Debtor corporation is a New York corporation, who own the
   realty at 273 east 95th Street, NYC.

3. This creditor alleges to be the holder of a first mortgage on
   these premises, having taken same by assignment.

4. This property is currently vacant, and has a need for repairs
   pursuant to an Order of the City of New York. Debtor wishes
   to make all repairs and rent the premises. Debtor has been
   unable to do so since this creditor has failed to act in good
   faith in an effort to satisfy or negotiate this debt which is a
   necessary step before we can borrow funds to complete the
   required repairs and necessary renovations.

5. Supplementing par. 4 hereof, we have offered through
   counsel to settle this loan in full for $250,000. We have also
   provided to creditors counsel a proof of funds letter from the
   investor who will be "putting up" this money.   We have not
   received any response to this offer.

6. Supplementing par. 5 hereof, this offer is reasonable and
   would end this litigation. It is reasonable because the
   creditor offered an appraisal stating the value at $525,000.,
   which did NOT reflect the emergency repairs and renovations
   which will cost over $250,000. Thus, subtracting the
   estimated cost to repair and renovate from the estimated
   value, our offer would net the creditor bank the same net
   amount. The bank did not act in good faith and never
   responded.

7. As to the creditors' claims that this is a multiple and serial
   filing, I ask this court to note that two (2) of the filed
   bankruptcies were involuntary bankruptcies so it does not
   reflect any bad faith by this debtor.  It is common for a
   creditor who believes his investment at risk to file an
   involuntary petition on the eve of a proposed sale to protect

themselves.  That act cannot be attributable to this debtor or considered an act of bad faith.

8. In the moving attorneys' affidavit in par. 37, he states that there is no evidence of any attempt to reorganize.  That is untrue.  He ignores the fact that the first step taken was an attempt to buy or short purchase his clients lien, and our good faith offer to do so.  We showed a proof of funds- that he requested.  Yet they have ignored that offer and have not responded in any way.

9. Besides opposing this motion, we ask the Court to conduct a conference to try to settle this matter.

10.   Please further note that my attorney has been in touch with the trustee's office to schedule the idi and 341 meeting. I have been out of the country, in part for the Jewish holidays, which caused that delay.

WHEREFORE, the Debtor requests that this Court deny the instant application in all respects and schedule a "settlement conference" for all purposes.

Brooklyn, NY

October 11, 2017

AL ZANZURE, President
Ninety Fifth Street Square, Inc.

Debtor

7/17/2017
032817

HPD Building, Registration, & Violation    Services   --- Select ---    Home

**The selected address: 273 EAST 95 STREET, Brooklyn 11212**
This building is currently in the Alternative Enforcement Program (AEP).

| HPD# | Range | Block | Lot | CD | CensusTract | Stories | A Units | B Units | Ownership | Registration# | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 83817 Active | 273-273 | 04650 | 0083 | 17 | 88600 | 2 | 4 | 0 | PVT | 309199 | B |

THIS PROPERTY IS NOT CURRENTLY VALIDLY REGISTERED WITH HPD.

Residential properties are required to register with HPD every year. If you are the owner or agent for this property, go to our Property Registration page to find out more about registration requirements or to use our Property Registration Online System, which allows you to begin the registration process. If you just wish to view the existing registration information for the property, click on the Property Owner Registration Information link on the left hand tool bar on this page.

### Building Registration Summary Report

Find Apartment#  [        ]       Clear       Search

| Owner | Last Reg Dt / Reg Expire Dt | Organization | Last Nm | First Nm | House No | Street Nm | Apt. | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Managing Agent | 07/18/2007 10/01/2007 | | JOHNSON | MICHAEL | 3317 | AVENUE N | 426 | BROOKLYN | NY | 11234 |
| Individual | 07/18/2007 10/01/2007 | | NELKENBAUM | YEHUDA | 3317 | AVENUE N | 426 | BROOKLYN | NY | 11234 |

**Open Violations - ALL DATES**
There are 285 Violations. Arranged by category: A class: 57  B class: 160  C class: 63  I class: 5

For Definitions of the columns indicated below, select glossary under the Services option (located at the upper right).
To sort the columns, click on their underlined headers below in the blue area.

| Apt Story | Reported Date nov ISSUED Date | Hard Class no | Order Number | Violation ID NOV ID | Violation Description | Status Status Date | Certify By Date Actual Cert Date |
|---|---|---|---|---|---|---|---|
| All Stories | 2014/10/17 2014/10/21 | C | 504 | 10420899 4937674 | § 27-2005 adm code provide seal up through out entire building at all openings | 1 NO ACCESS 2017/06/20 | 2014/11/03 |
| 1F 1 | 2014/10/17 2014/10/21 | B | 530 | 10420983 4937673 | § 27-2005, 2007 adm code arrange and make self-closing the doors .. in the entire apartment located at apt 1f, 1st story, apartment at north | NOV SENT 2014/10/21 | 2014/12/09 |
| 1F 1 | 2014/10/17 2014/10/21 | A | 692 | 10420984 4937672 | § 27-2043 adm code provide a lock and key to the entrance door of dwelling unit and, if a cl a multiple dwelling, also chain door guard in the entire apartment located at apt 1f, 1st story, apartment at north | NOV SENT 2014/10/21 | 2015/02/07 |
| 1F 1 | 2014/10/17 2014/10/21 | A | 690 | 10420985 4937672 | § 27-2041 adm code provide a peep hole in entrance door of the dwelling unit so located so as to permit a person inside the dwelling to view any person outside entrance door .. in the entire apartment located at apt 1f, 1st story, apartment at north | NOV SENT 2014/10/21 | 2015/02/07 |
| 1F | 2014/10/17 | C | 670 | 10420992 | § 27-2031 adm code provide hot water at all hot | 1 NO | 2014/10/30 |

| Story | Dates | No. | Viol. No. | Description | Status | Date |
|---|---|---|---|---|---|---|
| 1 | 2014/10/21 | | 4937868 | water fix... entire apartment located at apt 1f, 1st story, apartment at north | ACCESS 2017/06/20 | |
| Cellar | 2014/10/17 C 2014/10/21 | 583 | 10420993 4937674 | § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at ceiling at cellar | 1 NO ACCESS 2017/06/20 | 2014/11/03 |
| Cellar | 2014/10/17 C 2014/10/21 | 689 | 10420994 4937674 | § 27-2005, 2006, 2037 hmc: properly repair and abate unsafe electric wiring condition consisting of illegal wire tampering at electrical panel at cellar | 1 NO ACCESS 2017/06/20 | 2014/11/03 |
| All Stories | 2014/10/17 C 2014/10/21 | 688 | 10420995 4937674 | § 27-2037, 2038 hmc: provide a safe and adequate supply of electric service to the fixtures through out all stories at public hall | 1 NO ACCESS 2017/06/20 | |
| 1R 1 | 2014/09/25 B 2014/10/01 | 742 * | 10396419 4925409 | § 27-2070 adm code provide an adequate supply of gas to the fixtures .. in the entire apartment located at apt 1r, 1st story, apartment at east | NOV SENT 2014/10/01 | 2014/11/19 |
| | 2014/09/25 B 2014/10/01 | 686 | 10396435 4925406 | § 27-2040 adm code provide adequate lighting at or near the outside of the front entranceway of the building and keep same burning from sunset every day to sunrise on the day following minimum 100 watts | NOV SENT 2014/10/01 | |
| 1R 1 | 2014/09/25 B 2014/10/01 | 530 | 10396438 4925409 | § 27-2005, 2007 adm code arrange and make self-closing the doors ... in the entrance located at apt 1r, 1st story, apartment at east | NOV SENT 2014/10/01 | 2014/11/19 |
| 1R 1 | 2014/09/25 A 2014/10/01 | 692 | 10396440 4925408 | § 27-2043 adm code provide a lock and key to the entrance door of dwelling unit and, if a cl a multiple dwelling, also chain door guard in the entrance located at apt 1r, 1st story, apartment at east | NOV SENT 2014/10/15 | 2015/01/18 |
| 1R 1 | 2014/09/25 B 2014/10/01 | 1503 | 10396442 4925409 | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). misling in the entire apartment located at apt 1r, 1st story | NOV SENT 2014/10/01 | 2014/11/19 |
| 1R 1 | 2014/09/25 B 2014/10/01 | 702 | 10396443 4925409 | § 27-2045 adm code repair or replace the smoke detector missing in the entire apartment located at apt 1r, 1st story | NOV SENT 2014/10/01 | 2014/11/19 |
| 1R 1 | 2014/09/25 A 2014/10/01 | 690 | 10396445 4925408 | § 27-2041 adm code provide a peep hole in the entrance door of the dwelling unit so located so as to permit a person inside the dwelling to view any person outside entrance door .. in the entire apartment located at apt 1r, 1st story | NOV SENT 2014/10/01 | 2015/01/18 |
| 1F 1 | 2014/09/26 A 2014/10/01 | 556 | 10401208 4925403 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department all peeling paint surfaces in the bathroom , the 5th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/10/01 | 2015/01/18 |
| 1F 1 | 2014/09/26 C 2014/10/01 | 688 | 10399594 4925405 | § 27-2037, 2038 hmc: provide a safe and adequate supply of electric service to the fixtures .. in the entire apartment located at apt 1f, 1st story, 1st apartment from east at south | 1 NO ACCESS 2017/06/20 | 2014/10/14 |
| 1F 1 | 2014/09/26 B 2014/10/01 | 508 | 10399596 4925404 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling in the 5th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/10/01 | 2014/11/19 |
| 1F 1 | 2014/09/26 B 2014/10/01 | 583 | 10399599 4925404 | § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at ceiling in the bathroom located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/10/01 | 2014/11/19 |
| 1F 1 | 2014/09/26 B 2014/10/01 | 508 | 10399600 4925404 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling in the bathroom located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/10/01 | 2014/11/19 |
| 1F 1 | 2014/09/26 C 2014/10/01 | 670 * | 10399601 4925660 | § 27-2031 adm code provide hot water at all hot water fixtures in the entire apartment located at apt 1f, 1st story, 1st apartment from east at south | 1 NO ACCESS 2017/06/20 | 2014/10/09 |
| 1R 1 | 2014/09/25 C 2014/09/29 | 688 | 10396418 4923522 | § 27-2037, 2038 hmc: provide a safe and adequate supply of electric service to the fixtures .. in the entire apartment located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2017/06/20 | 2014/10/12 |
| 1R 1 | 2014/09/25 C 2014/09/29 | 670 * | 10396421 4924143 | § 27-2031 adm code provide hot water at all hot water fixtures in the entire apartment located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2017/06/20 | 2014/10/08 |
| 1F 1 | 2014/09/23 A 2014/09/26 | 550 | 10394135 4922771 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... around bath tub in the bathroom located at apt 1f, 1st story, apartment at north | NOV SENT 2014/09/26 | 2015/01/13 |
| 1F 1 | 2014/09/23 A 2014/09/26 | 508 | 10394154 4922771 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling in the 5th room from east located at apt 1f, 1st story, apartment at north | NOV SENT 2014/09/26 | 2015/01/13 |
| Cellar | 2014/09/23 C 2014/09/26 | 567 * | 10394163 4922770 | § 27-2018 adm code abate the nuisance consisting of rodents rats at cellar | 1 NO ACCESS | 2014/10/09 |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 2014/07/29 C<br>2014/08/01 | 507 * | 10327654<br>4886876 | § 27-2005 adm code repair the roof so that it will<br>not leak at ceiling at public hall, 2nd story | 1 NO<br>ACCESS<br>2017/06/20 | 2014/08/14 |
| 1F<br>1 | 2014/07/29 B<br>2014/08/01 | 568 | 10327679<br>4886875 | § 27-2018 admin. code: abate the nuisance<br>consisting of roaches in the entire apartment<br>located at apt 1f, 1st story, apartment at east | NOV SENT<br>2014/08/01 | 2014/09/19 |
| 1F<br>1 | 2014/07/24 C<br>2014/07/29 | 670 * | 10321428<br>4884752 | § 27-2031 adm code provide hot water at all hot<br>water fixtures in the entire apartment located at<br>apt 1f, 1st story, apartment at east | 1 NO<br>ACCESS<br>2017/06/20 | 2014/08/06 |
| 1F<br>1 | 2014/07/24 C<br>2014/07/29 | 583 | 10321436<br>4884546 | § 27-2026, 2027 hmc: properly repair the source<br>and abate the evidence of a water leak at ceiling in<br>the 1st room from north located at apt 1f, 1st<br>story, apartment at east | 1 NO<br>ACCESS<br>2017/06/20 | 2014/08/11 |
| 1F<br>1 | 2014/07/24 C<br>2014/07/29 | 583 | 10321437<br>4884546 | § 27-2026, 2027 hmc: properly repair the source<br>and abate the evidence of a water leak at ceiling in<br>the bathroom located at apt 1f, 1st story,<br>apartment at east | 1 NO<br>ACCESS<br>2017/06/20 | 2014/08/11 |
| 1F<br>1 | 2014/07/24 C<br>2014/07/29 | 688 | 10321443<br>4884546 | § 27-2037, 2038 hmc: provide a safe and<br>adequate supply of electric service to the fixtures ..<br>in the entire apartment located at apt 1f, 1st story,<br>apartment at east | 1 NO<br>ACCESS<br>2017/06/20 | 2014/08/11 |
| 1 | 2014/07/24 B<br>2014/07/29 | 502 | 10321456<br>4884545 | § 27-2005 adm code properly repair with similar<br>material the broken or defective ceramic floor tile<br>at public hall, 1st story | NOV SENT<br>2014/07/29 | 2014/09/16 |
| | 2014/07/24 B<br>2014/07/29 | 686 | 10321464<br>4884545 | § 27-2040 adm code provide adequate lighting at<br>or near the outside of the front entranceway of the<br>building and keep same burning from sunset every<br>day to sunrise on the day following 100 watts<br>minimum | NOV SENT<br>2014/07/29 | 2014/09/16 |
| 1F<br>1 | 2014/07/25 B<br>2014/07/29 | 742 * | 10322887<br>4884544 | § 27-2070 adm code provide an adequate supply<br>of gas to the fixtures .. in the entire apartment<br>located at apt 1f, 1st story, apartment at east | NOV SENT<br>2014/07/29 | 2014/09/16 |
| 2F<br>2 | 2014/07/25 C<br>2014/07/29 | 670 * | 10322900<br>4884753 | § 27-2031 adm code provide hot water at all hot<br>water fixtures in the entire apartment located at<br>apt 2f, 2nd story, apartment at south | 1 NO<br>ACCESS<br>2017/06/20 | 2014/08/07 |
| 2F<br>2 | 2014/07/25 C<br>2014/07/29 | 577 * | 10322910<br>4884549 | § 27-2024 adm code provide adequate supply of<br>hot water for the fixtures .. in the kitchen located<br>at apt 2f, 2nd story, apartment at south | 1 NO<br>ACCESS<br>2017/06/20 | 2014/08/11 |
| 2F<br>2 | 2014/07/25 C<br>2014/07/29 | 507 * | 10322923<br>4884549 | § 27-2005 adm code repair the roof so that it will<br>not leak at ceiling in the 4th room from north at<br>east located at apt 2f, 2nd story, apartment at<br>south | 1 NO<br>ACCESS<br>2017/06/20 | 2014/08/11 |
| 2F<br>2 | 2014/07/25 B<br>2014/07/29 | 508 | 10322924<br>4884548 | § 27-2005 adm code repair the broken or defective<br>plastered surfaces and paint in a uniform color at<br>ceiling in the 4th room from north at east located<br>at apt 2f, 2nd story, apartment at south | NOV SENT<br>2014/07/29 | 2014/09/16 |
| Cellar | 2014/07/25 C<br>2014/07/29 | 689 | 10322934<br>4884549 | § 27-2005, 2006, 2037 hmc: properly repair and<br>abate unsafe electric wiring condition consisting of<br>illegal wire tampering at electrical meter panel at<br>cellar | 1 NO<br>ACCESS<br>2017/06/20 | 2014/08/11 |
| Cellar | 2014/07/25 C<br>2014/07/29 | 501 | 10322969<br>4884549 | § 27-2005 adm code properly repair the broken or<br>defective wood joist at center at cellar | 1 NO<br>ACCESS<br>2017/06/20 | 2014/08/11 |
| 1F<br>1 | 2014/05/01 C<br>2014/05/05 | 670 * | 10227943<br>4832550 | § 27-2031 adm code provide hot water at all hot<br>water fixtures in the entire apartment located at<br>apt 1f, 1st story, 1st apartment from east at south | 1 NO<br>ACCESS<br>2017/06/20 | 2014/05/14 |
| 1F<br>1 | 2014/03/17 C<br>2014/03/19 | 670 * | 10175887<br>4803506 | § 27-2031 adm code provide hot water at all hot<br>water fixtures in the entire apartment located at<br>apt 1f, 1st story, 1st apartment from east at south | 1 NO<br>ACCESS<br>2017/06/20 | 2014/03/30 |
| 1F<br>1 | 2014/03/17 B<br>2014/03/19 | 508 | 10175893<br>4803329 | § 27-2005 adm code repair the broken or defective<br>plastered surfaces and paint in a uniform color the<br>ceiling in the 5th room from east located at apt 1f,<br>1st story, 1st apartment from east at south | NOV SENT<br>2014/03/19 | 2014/05/07 |
| 1F<br>1 | 2014/03/17 B<br>2014/03/19 | 508 | 10175895<br>4803329 | § 27-2005 adm code repair the broken or defective<br>plastered surfaces and paint in a uniform color the<br>ceiling in the 6th room from east located at apt 1f,<br>1st story, 1st apartment from east at south | NOV SENT<br>2014/03/19 | 2014/05/07 |
| 1F<br>1 | 2014/03/17 B<br>2014/03/19 | 550 | 10175898<br>4803329 | § 27-2005 hmc:trace and repair the source and<br>abate the nuisance consisting of mold ... at south<br>wall in the 5th room from east located at apt 1f,<br>1st story, 1st apartment from east at south | NOV SENT<br>2014/03/19 | 2014/05/07 |
| 1F<br>1 | 2014/03/17 B<br>2014/03/19 | 550 | 10175900<br>4803329 | § 27-2005 hmc:trace and repair the source and<br>abate the nuisance consisting of mold ... the east<br>and south wall in the 1st room from east located at<br>apt 1f, 1st story, 1st apartment from east at south | NOV SENT<br>2014/03/19 | 2014/05/07 |
| 1F<br>1 | 2014/03/17 B<br>2014/03/19 | 569 | 10175904<br>4803329 | § 27-2018 admin. code: abate the nuisance<br>consisting of mice in the entire apartment located | NOV SENT<br>2014/03/19 | 2014/05/07 |

| Apt | Dates | $ | Violation # | Description | Status | Date |
|---|---|---|---|---|---|---|
| | | | | at apt 1f, 1st roof, 1st apartment from east at south | | |
| 1F 1 | 2014/03/17 B 2014/03/19 | $68 | 10175905 4803329 | § 27-2018 admin. code: abate the nuisance consisting of roaches in the entire apartment located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/03/19 | 2014/05/07 |
| 2R 2 | 2014/01/24 A 2014/03/11 | 556 | 10167731 4797648 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the ceiling, 1st door from west at north wall, south wall in the 1st room from east at south located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/03/11 | 2014/06/28 |
| 2R 2 | 2014/01/24 A 2014/03/11 | 556 | 10167732 4797648 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the ceiling in the 1st room from east at north located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/03/11 | 2014/06/28 |
| 2R 2 | 2014/01/24 A 2014/03/11 | 556 | 10167744 4797648 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the 1st door frame from north at east wall in the 2nd room from east at south located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/03/11 | 2014/06/28 |
| 2R 2 | 2014/01/24 A 2014/03/11 | 556 | 10167749 4797648 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the 1st wall cabinet from west at north wall in the kitchen located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/03/11 | 2014/06/28 |
| 1F 1 | 2014/02/26 B 2014/02/28 | 1503 | 10152060 4790360 | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). missing in the entire apartment located at apt 1f, 1st story | NOV SENT 2014/02/28 | 2014/04/18 |
| 1F 1 | 2014/02/26 A 2014/02/28 | 703 | 10152062 4790359 | § 27-2045, 2046 adm code file certification of satisfactory installation of smoke detecting device in accordance with h.p.d. rules and regulations. in the entire apartment located at apt 1f, 1st story | NOV SENT 2014/02/28 | 2014/06/17 |
| 1F 1 | 2014/02/26 B 2014/02/28 | 568 | 10152063 4790360 | § 27-2018 admin. code: abate the nuisance consisting of roaches in the entire apartment located at apt 1f, 1st story | NOV SENT 2014/02/28 | 2014/04/18 |
| 1F 1 | 2014/02/26 B 2014/02/28 | 550 | 10152068 4790360 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... at south and west wall in the 6th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/28 | 2014/04/18 |
| 1F 1 | 2014/02/23 A 2014/02/26 | 556 | 10149493 4788545 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department all peeling paint surfaces in the kitchen , the bathroom , the foyer , the 1st room from east, the 5th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/26 | 2014/06/15 |
| 1F 1 | 2014/02/23 A 2014/02/26 | 556 | 10147803 4788545 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the north wall, ceiling, west wall, 1st window frame from south at west wall in the 6th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/26 | 2014/06/15 |
| 1F 1 | 2014/02/23 B 2014/02/26 | 583 | 10147809 4788546 | § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at ceiling in the bathroom located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/26 | 2014/04/16 |
| 2R 2 | 2014/02/18 C 2014/02/24 | 598 | 10142227 4786772 | § 27-2026 adm code repair the broken or defective connection at waste line at sink in the kitchen located at apt 2r, 2nd story, 1st apartment from north at east | 1 NO ACCESS 2017/06/20 | 2014/03/09 |
| 2R 2 | 2014/02/18 C 2014/02/20 | 598 | 10141056 4784329 | § 27-2026 adm code repair the broken or defective connection at wast line at sink in the kitchen located at apt 2r, 2nd story | 1 NO ACCESS 2017/06/20 | 2014/03/05 |
| 1 | 2014/02/18 C 2014/02/20 | 689 | 10141064 4784329 | § 27-2005, 2006, 2037 hmc: properly repair and abate unsafe electric wiring condition consisting of illegal electrical tapping from basement to apartment 1f , 1st story | 1 NO ACCESS 2017/06/20 | 2014/03/05 |
| 1 | 2014/02/18 A 2014/02/20 | 529 | 10141072 4784328 | § 27-2005 adm code refit the basement door at public hall, 1st story | NOV SENT 2014/02/20 | 2014/06/09 |
| 1 | 2014/02/18 C 2014/02/20 | 505 | 10141074 4784329 | § 27-2005 adm code replace with new the broken or defective basement door lock at public hall, 1st story | 1 NO ACCESS 2017/06/20 | 2014/03/05 |
| 2R 2 | 2014/02/18 C 2014/02/20 | 550 | 10142191 4784331 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... 50 square feet wall in the 1st room from east at north located at apt 2r, 2nd story, 1st apartment from north at east | 1 NO ACCESS 2017/06/20 | 2014/03/05 |
| Basement | 2014/02/18 B 2014/02/20 | 510 | 10142241 4784330 | § 27-2005 adm code & 309 m/d law abate the nuisance consisting of foul odor emmiting from basement. | NOV SENT 2014/02/20 | 2014/04/10 |

| Apt | Dates | No. | Violation | Status | Date |
|---|---|---|---|---|---|
| 1F 1 | 2014/02/08 C 2014/02/11 | 550 | 10128417 4778267 § 27-2005 hmc: trace and repair the source and abate the nuisance consisting of mold ... approximately 80 sq ft on the north east and south walls in the 1st room from east located at apt 1f, 1st story, 1st apartment from east at south | 1 NO ACCESS 2017/06/20 | 2014/02/24 |
| 1F 1 | 2014/02/08 B 2014/02/10 | 583 | 10128394 4777405 § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak above the ceiling in the bathroom located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/10 | 2014/03/31 |
| 1F 1 | 2014/02/08 B 2014/02/10 | 550 | 10128464 4777405 § 27-2005 hmc: trace and repair the source and abate the nuisance consisting of mold ... approximately 20 sq ft on the south wall in the 5th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/10 | 2014/03/31 |
| 1F 1 | 2014/02/08 B 2014/02/10 | 508 | 10128470 4777405 § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling in the bathroom located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/10 | 2014/03/31 |
| 1F 1 | 2014/02/08 B 2014/02/10 | 688 | 10128477 4777405 § 27-2037, 2038 hmc: provide a safe and adequate supply of electric service to the fixtures , lights and outlets in the 1st room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/10 | 2014/03/31 |
| 1F 1 | 2014/02/08 B 2014/02/10 | 508 | 10128488 4777405 § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the north wall, west wall and ceiling in the 6th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/10 | 2014/03/31 |
| 1F 1 | 2014/02/08 B 2014/02/10 | 583 | 10128491 4777405 § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak above the ceiling in the 6th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/10 | 2014/03/31 |
| 1F 1 | 2014/02/08 B 2014/02/10 | 550 | 10128503 4777405 § 27-2005 hmc: trace and repair the source and abate the nuisance consisting of mold ... approximately 10 sq ft on the south wall in the 6th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/10 | 2014/03/31 |
| 1F 1 | 2014/02/08 B 2014/02/10 | 569 | 10128507 4777405 § 27-2018 admin. code: abate the nuisance consisting of mice in the entire apartment located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/10 | 2014/03/31 |
| 1F 1 | 2014/02/08 B 2014/02/10 | 568 | 10128508 4777405 § 27-2018 admin. code: abate the nuisance consisting of roaches in the entire apartment located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/10 | 2014/03/31 |
| 1F 1 | 2014/02/08 B 2014/02/10 | 1502 | 10128514 4777405 § 27-2046.1, 2046.2 hmc: provide an approved and operational carbon monoxide detecting device, installed in accordance with applicable law and rules. in the entire apartment located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/10 | 2014/03/31 |
| 1F 1 | 2014/02/08 B 2014/02/10 | 702 | 10128519 4777405 § 27-2045 adm code repair or replace the smoke detector that is defective in the entire apartment located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/10 | 2014/03/31 |
| 1F 1 | 2014/02/08 B 2014/02/10 | 688 | 10128523 4777405 § 27-2037, 2038 hmc: provide a safe and adequate supply of electric service to the fixtures at the ceiling in the private hallway located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/10 | 2014/03/31 |
| 1F 1 | 2014/02/08 B 2014/02/10 | 508 | 10128526 4777405 § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling in the private hallway located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/10 | 2014/03/31 |
| 1F 1 | 2014/02/08 B 2014/02/10 | 583 | 10128533 4777405 § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak above the ceiling in the private hallway located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2014/02/10 | 2014/03/31 |
| 2R 2 | 2014/01/26 A 2014/01/28 | 556 | 10111957 4767987 § 27-2013 adm code paint with light colored paint to the satisfaction of this department all peeling paint surfaces in the 4th room from east at south, the bathroom , the 1st room from east at north, the 1st room from east at south, the kitchen , the foyer , the private hallway located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/01/28 | 2014/05/17 |
| 2R 2 | 2014/01/26 B 2014/01/28 | 507 * | 10110606 4767988 § 27-2005 adm code repair the roof so that it will not leak .. ceiling in the 1st room from east at north located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/01/28 | 2014/03/18 |
| 2R 2 | 2014/01/26 A 2014/01/28 | 501 | 10110608 4767987 § 27-2005 adm code properly repair the broken or defective wall closet at east wall in the kitchen located at apt 2r, 2nd story, 1st apartment from | NOV SENT 2014/01/28 | 2014/05/17 |

north at east

| | | | | | | |
|---|---|---|---|---|---|---|
| 2R 2 | 2014/01/26 B 2014/01/28 | $69 | 10110609 4767988 | § 27-2018 admin. code: abate the nuisance consisting of mice located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/01/28 | 2014/03/18 |
| 2R 2 | 2014/01/26 B 2014/01/28 | 1503 | 10110610 4767988 | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). missing located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/01/28 | 2014/03/18 |
| 2R 2 | 2014/01/26 A 2014/01/28 | 501 | 10110611 4767987 | § 27-2005 adm code properly repair the broken or defective door in the bathroom located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/01/28 | 2014/05/17 |
| 2R 2 | 2014/01/26 B 2014/01/28 | 702 | 10110612 4767988 | § 27-2045 adm code repair or replace the smoke detector missing located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/01/28 | 2014/03/18 |
| 2R 2 | 2014/01/26 B 2014/01/28 | 570 | 10110613 4767988 | § 27-2018 admin. code: abate the nuisance consisting of bedbugs located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/01/28 | 2014/03/18 |
| 2R 2 | 2014/01/26 B 2014/01/28 | 501 | 10110614 4767983 | § 27-2005 adm code properly repair the broken or defective radiator at south wall in the 1st room from east at north located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/01/28 | 2014/03/18 |
| 2R 2 | 2014/01/26 A 2014/01/28 | 501 | 10110615 4767987 | § 27-2005 adm code properly repair the broken or defective door in the 4th room from east located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/01/28 | 2014/05/17 |
| 2R 2 | 2014/01/26 C 2014/01/28 | 670 * | 10110616 4768289 | § 27-2031 adm code provide hot water at all hot water fixtures located at apt 2r, 2nd story, 1st apartment from north at east | 1 NO ACCESS 2017/06/20 | 2014/02/08 |
| 2R 2 | 2014/01/26 B 2014/01/28 | 598 | 10110618 4767988 | § 27-2026 adm code repair the broken or defective connection waste line at sink in the kitchen located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/01/28 | 2014/03/18 |
| 2R 2 | 2014/01/26 B 2014/01/28 | 550 | 10110619 4767988 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... walls, and ceiling (appx 15 sq.ft) in the 1st room from east at north located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/01/28 | 2014/03/18 |
| 2R 2 | 2014/01/26 B 2014/01/28 | 550 | 10110620 4767988 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... walls and ceiling (appx 15 sq.ft) in the 1st room from east at south located at apt 2r, 2nd story, 1st apartment from north at east | NOV SENT 2014/01/28 | 2014/03/18 |
| 2R 2 | 2014/01/24 C 2014/01/27 | 670 * | 10108134 4767331 | § 27-2031 adm code provide hot water at all hot water fixtures in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | 1 NO ACCESS 2017/06/20 | 2014/02/06 |
| 1F 1 | 2013/12/18 B 2013/12/30 | 702 | 10074891 4748962 | § 27-2045 adm code repair or replace the smoke detector inoperable located at apt 1f, 1st story, 1st apartment from east to south | NOV SENT 2013/12/30 | 2014/02/17 |
| 1F 1 | 2013/12/18 B 2013/12/30 | 1503 | 10074892 4748962 | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). missing located at apt 1f, 1st story, 1st apartment from east to south | NOV SENT 2013/12/30 | 2014/02/17 |
| 1F 1 | 2013/12/18 B 2013/12/30 | 550 | 10074894 4748962 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... mold at east wall and south wall approx 12 sq.ft. in the 1st room from east located at apt 1f, 1st story, 1st apartment from east to south | NOV SENT 2013/12/30 | 2014/02/17 |
| 1F 1 | 2013/12/18 B 2013/12/30 | 550 | 10074897 4748962 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... mold at south wall approx 10 sq.ft. in the 5th room from east located at apt 1f, 1st story, 1st apartment from east to south | NOV SENT 2013/12/30 | 2014/02/17 |
| 1F 1 | 2013/12/18 B 2013/12/30 | 569 | 10074899 4748962 | § 27-2018 admin. code: abate the nuisance consisting of mice located at apt 1f, 1st story, 1st apartment from east to south | NOV SENT 2013/12/30 | 2014/02/17 |
| 1F 1 | 2013/12/18 B 2013/12/30 | 568 | 10074900 4748962 | § 27-2018 admin. code: abate the nuisance consisting of roaches located at apt 1f, 1st story, 1st apartment from east to south | NOV SENT 2013/12/30 | 2014/02/17 |
| 1F 1 | 2013/12/24 A 2013/12/26 | 556 | 10076792 4748270 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department all peeling paint surfaces in the foyer , the kitchen , the bathroom , the 5th room from east, the 4th room from east, the 1st room from east located at apt 1f, 1st story, 1st apartment from east to south | NOV SENT 2013/12/26 | 2014/04/14 |
| | 2013/12/24 C 2013/12/26 | 671 | 10076558 4748272 | § 27-2033 adm code post notice, in form approved by the department, stating the name and location of the person designated by the owner to have key to buildings heating system at public hall, at public hall, 1st story | 1 NO ACCESS 2017/06/20 | 2014/01/08 |
| 1F 1 | 2013/12/24 C 2013/12/26 | 670 * | 10076560 4748487 | § 27-2031 adm code provide hot water at all hot water fixtures located at apt 1f, 1st story, 1st | 1 NO ACCESS | 2014/01/06 |

| | | | | apartment from east at South | 2017/06/20 | |
|---|---|---|---|---|---|---|
| 1F 1 | 2013/12/24 B 2013/12/26 | 506 | 10076562 4748271 | § 27-2005 adm code replace with new the missing electrical outlet cover at west wall in the 6th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2013/12/26 | 2014/02/13 |
| 1F 1 | 2013/12/24 C 2013/12/26 | 688 | 10076563 4748272 | § 27-2037, 2038 hmc: provide a safe and adequate supply of electric service to the fixtures at east -1 room, east-5 room, east-6 room, and bathroom located at apt 1f, 1st story, 1st apartment from east at south | 1 NO ACCESS 2017/06/20 | 2014/01/08 |
| 1F 1 | 2013/12/24 B 2013/12/26 | 568 | 10076564 4748271 | § 27-2018 admin. code: abate the nuisance consisting of roaches located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2013/12/26 | 2014/02/13 |
| 1F 1 | 2013/12/24 B 2013/12/26 | 1503 | 10076565 4748271 | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). inoperative located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2013/12/26 | 2014/02/13 |
| 1F 1 | 2013/12/24 B 2013/12/26 | 702 | 10076566 4748271 | § 27-2045 adm code repair or replace the smoke detector inoperative located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2013/12/26 | 2014/02/13 |
| 1F 1 | 2013/12/24 A 2013/12/26 | 550 | 10076567 4748270 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... at east wall, total six square feet in the 1st room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2013/12/26 | 2014/04/14 |
| 1F 1 | 2013/12/24 B 2013/12/26 | 501 | 10076568 4748271 | § 27-2005 adm code properly repair the broken or defective electrical outlet at south wall in the 4th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2013/12/26 | 2014/02/13 |
| 1F 1 | 2013/12/24 A 2013/12/26 | 556 | 10076569 4748270 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the 1st closet from west at north wall door frame, 1st closet from west at north wall, baseboard at south wall, 1st window frame from south at south wall, 1st window frame from south at west wall, baseboard at west wall, baseboard at north wall, 1st door from north at east wall in the 6th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2013/12/26 | 2014/04/14 |
| 1F 1 | 2013/12/24 B 2013/12/26 | 508 | 10076570 4748271 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the north wall, ceiling in the 6th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2013/12/26 | 2014/02/13 |
| 1F 1 | 2013/12/24 B 2013/12/26 | 550 | 10076572 4748271 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... at south wall in the 5th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOV SENT 2013/12/26 | 2014/02/13 |
| 1F 1 | 2013/12/24 C 2013/12/26 | 617 | 10076793 4748273 | § 27-2056.6 adm code - correct the lead-based paint hazard – paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) south wall, west wall in the 6th room from east located at apt 1f, 1st story, 1st apartment from east at south | 1 NO ACCESS 2017/06/20 | 2014/01/28 |
| | 2013/11/06 B 2013/11/08 | 686 | 10028810 4721415 | § 27-2040 adm code provide adequate lighting at or near the outside of the front entranceway of the building and keep same burning from sunset every day to sunrise on the day following 100 watts incandescent or equivalent bulb required at front areaway | NOV SENT 2013/11/08 | 2013/12/27 |
| 1R 1 | 2013/10/28 B 2013/10/30 | 702 | 10020533 4717033 | § 27-2045 adm code repair or replace the smoke detector defective in the entire apartment located at apt 1r, 1st story, apartment at north | NOV SENT 2013/10/30 | 2013/12/18 |
| 1R 1 | 2013/10/28 B 2013/10/30 | 1502 | 10020541 4717033 | § 27-2046.1, 2046.2 hmc: provide an approved and operational carbon monoxide detecting device, installed in accordance with applicable law and rules. in the entire apartment located at apt 1r, 1st story, apartment at north | NOV SENT 2013/10/30 | 2013/12/18 |
| 1R 1 | 2013/10/28 C 2013/10/29 | 670 * | 10020529 4716630 | § 27-2031 adm code provide hot water at all hot water fixtures in the entire apartment located at apt 1r, 1st story, apartment at north | 1 NO ACCESS 2017/06/20 | 2013/11/09 |
| 1R 1 | 2013/10/18 C 2013/10/21 | 670 * | 10010478 4711852 | § 27-2031 adm code provide hot water at all hot water fixtures in the entire apartment located at apt 1r, 1st story, 1st apartment from north at south | 1 NO ACCESS 2017/06/20 | 2013/10/30 |
| 1R 1 | 2013/08/05 B 2013/08/12 | 702 | 9935828 4672364 | § 27-2045 adm code repair or replace the smoke detector inoperative, in the entire apartment located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2014/02/19 | 2013/09/30 |
| 1R 1 | 2013/08/05 B 2013/08/12 | 1503 | 9935829 4672364 | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). inoperative, in the | 1 NO ACCESS | 2013/09/30 |

| Apt/Story | Dates | $ | ID | Description | Status | Date |
|---|---|---|---|---|---|---|
| | | | | entire apartment located at apt 1r, 1st story, apartment at east | | 2014/02/19 |
| 1R 1 | 2013/08/05 B 2013/08/12 | $69 | 9935830 4672364 | § 27-2018 admin. code: abate the nuisance consisting of mice in the entire apartment located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2014/02/19 | 2013/09/30 |
| 1R 1 | 2013/08/05 B 2013/08/12 | 568 | 9935831 4672364 | § 27-2018 admin. code: abate the nuisance consisting of roaches in the entire apartment located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2014/02/19 | 2013/09/30 |
| 1R 1 | 2013/08/05 B 2013/08/12 | 502 | 9935844 4672364 | § 27-2005 adm code properly repair with similar material the broken or defective ceramic tiles around the window, in the bathroom located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2014/02/19 | 2013/09/30 |
| 1R 1 | 2013/08/05 C 2013/08/12 | 689 | 9935854 4672365 | § 27-2005, 2006, 2037 hmc: properly repair and abate unsafe electric wiring condition consisting of exposed wires at the ceiling in the kitchen located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2017/06/20 | 2013/08/25 |
| 1R 1 | 2013/08/05 C 2013/08/12 | 506 | 9935858 4672365 | § 27-2005 adm code replace with new the missing ceiling light fixtures in the kitchen located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2017/06/20 | 2013/08/25 |
| 1R 1 | 2013/08/05 B 2013/08/12 | 502 | 9935861 4672364 | § 27-2005 adm code properly repair with similar material the broken or defective wood floor, in the kitchen located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2014/02/19 | 2013/09/30 |
| 1R 1 | 2013/08/05 A 2013/08/12 | 502 | 9935863 4672363 | § 27-2005 adm code properly repair with similar material the broken or defective wood floor under the radiator, in the 1st room from east at north located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2014/02/19 | 2013/11/29 |
| 1R 1 | 2013/08/05 B 2013/08/12 | 502 | 9935866 4672364 | § 27-2005 adm code properly repair with similar material the broken or defective wood door and frame, in the 1st room from east at north located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2014/02/19 | 2013/09/30 |
| 1R 1 | 2013/08/05 B 2013/08/12 | 583 | 9935880 4672364 | § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at the ceiling, in the 1st room from east at south located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2014/02/19 | 2013/09/30 |
| 1R 1 | 2013/08/05 B 2013/08/12 | 508 | 9935885 4672364 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling, in the 1st room from east at south located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2014/02/19 | 2013/09/30 |
| 1R 1 | 2013/08/05 A 2013/08/12 | 556 | 9935889 4672363 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department walls and ceilings, in the entire apartment located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2014/02/19 | 2013/11/29 |
| All Stories | 2013/08/05 A 2013/08/12 | 556 | 9935965 4672370 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department walls and ceilings, at all stories, at public hall | NOT COMPLIED 2014/02/19 | 2013/11/29 |
| 2 | 2013/08/05 B 2013/08/12 | 538 * | 9935973 4672371 | § 27-2005, 2007 adm code remove all encumbrances consisting of bags, shopping cart, wood, etc.. blocking the scuttle ladder, at public hall, 2nd story | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 2 | 2013/08/05 B 2013/08/12 | 683 | 9935983 4672371 | § 27-2039 adm code provide adequate light of not less than 60 watts incandescent or equivalent illumination at the vestibule at public hall, 1st story | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 2R 2 | 2013/08/05 B 2013/08/12 | 1503 | 9935985 4672367 | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). missing, in the entire apartment located at apt 2r, 2nd story, apartment at east | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 2R 2 | 2013/08/05 B 2013/08/12 | 702 | 9935987 4672367 | § 27-2045 adm code repair or replace the smoke detector missing, in the entire apartment located at apt 2r, 2nd story, apartment at east | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 2R 2 | 2013/08/05 B 2013/08/12 | 568 | 9935991 4672367 | § 27-2018 admin. code: abate the nuisance consisting of roaches in the entire apartment located at apt 2r, 2nd story, apartment at east | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 2R 2 | 2013/08/05 B 2013/08/12 | 569 | 9935992 4672367 | § 27-2018 admin. code: abate the nuisance consisting of mice in the entire apartment located at apt 2r, 2nd story, apartment at east | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 2R 2 | 2013/08/05 B 2013/08/12 | 570 | 9935993 4672367 | § 27-2018 admin. code: abate the nuisance consisting of bedbugs in the entire apartment located at apt 2r, 2nd story, apartment at east | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 2R 2 | 2013/08/05 A 2013/08/12 | 556 | 9935997 4672366 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department walls and ceilings, in the entire apartment located at apt 2r, 2nd story, apartment at east | NOT COMPLIED 2014/02/19 | 2013/11/29 |
| 2R 2 | 2013/08/05 C 2013/08/12 | 598 | 9935999 4672368 | § 27-2026 adm code repair the broken or defective connection at the waste line under the sink, in the kitchen located at apt 2r, 2nd story, apartment at east | 1 NO ACCESS 2017/06/20 | 2013/08/25 |
| 2R | 2013/08/05 C 2013/08/12 | 688 | 9936034 | § 27-2037, 2038 hmc: provide a safe and | 1 NO ACCESS | 2013/08/25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | 2013/08/12 | | 4672363 | adequate supply of electric service to the fixtures at the ceiling in the bathroom located at apt 2r, 2nd story, apartment at east | ACCESS 2017/06/20 | |
| 2R 2 | 2013/08/05 C 2013/08/12 | 688 | 9936036 4672368 | § 27-2037, 2038 hmc: provide a safe and adequate supply of electric service to the fixtures at the ceiling in the kitchen located at apt 2r, 2nd story, apartment at east | 1 NO ACCESS 2017/06/20 | 2013/08/25 |
| 2R 2 | 2013/08/05 A 2013/08/12 | 556 | 9936042 4672366 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department walls and ceiling in the kitchen located in apt 2r, 2nd story, apartment at east | NOT COMPLIED 2014/02/19 | 2013/11/29 |
| 2R 2 | 2013/08/05 C 2013/08/12 | 509 | 9936045 4672368 | § 27-2005 adm code properly secure the loose door off of hinge, in the bathroom located at apt 2r, 2nd story, apartment at east | 1 NO ACCESS 2017/06/20 | 2013/08/25 |
| 2R 2 | 2013/08/05 C 2013/08/12 | 688 | 9936051 4672368 | § 27-2037, 2038 hmc: provide a safe and adequate supply of electric service to the fixtures at the ceiling, in the 4th room from east located at apt 2r, 2nd story, apartment at east | 1 NO ACCESS 2017/06/20 | 2013/08/25 |
| 2R 2 | 2013/08/05 B 2013/08/12 | 508 | 9936054 4672367 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color walls and ceiling in the 4th room from east located at apt 2r, 2nd story, apartment at east | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 2R 2 | 2013/08/05 A 2013/08/12 | 529 | 9936056 4672366 | § 27-2005 adm code refit the door, in the 4th room from east located at apt 2r, 2nd story, apartment at east | NOT COMPLIED 2014/02/19 | 2013/11/29 |
| 2R 2 | 2013/08/05 B 2013/08/12 | 502 | 9936057 4672367 | § 27-2005 adm code properly repair with similar material the broken or defective wood door, in the 1st room from east at north located at apt 2r, 2nd story, apartment at east | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 1F 1 | 2013/08/07 B 2013/08/12 | 568 | 9937050 4672374 | § 27-2018 admin. code: abate the nuisance consisting of roaches in the entire apartment located at apt 1f, 1st story, 1st apartment from east at south | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 1F 1 | 2013/08/07 B 2013/08/12 | 569 | 9937051 4672374 | § 27-2018 admin. code: abate the nuisance consisting of mice in the entire apartment located at apt 1f, 1st story, 1st apartment from east at south | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 1F 1 | 2013/08/07 A 2013/08/12 | 554 | 9937052 4672373 | § 27-2005 adm code paint metal in accordance with dept. regulation all risers & radiators thru-out in the entire apartment located at apt 1f, 1st story, 1st apartment from east at south | NOT COMPLIED 2014/02/19 | 2013/11/29 |
| 1F 1 | 2013/08/07 B 2013/08/12 | 506 | 9937053 4672374 | § 27-2005 adm code replace with new the missing escutcheon plates at heat risers thru-out in the entire apartment located at apt 1f, 1st story, 1st apartment from east at south | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 1F 1 | 2013/08/07 B 2013/08/12 | 530 | 9937057 4672374 | § 27-2005, 2007 adm code arrange and make self-closing the doors at apt. entrance in the foyer located at apt 1f, 1st story, 1st apartment from east at south | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 2R 2 | 2013/08/07 B 2013/08/12 | 570 | 9937064 4672375 | § 27-2018 admin. code: abate the nuisance consisting of bedbugs in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 2R 2 | 2013/08/07 B 2013/08/12 | 568 | 9937065 4672375 | § 27-2018 admin. code: abate the nuisance consisting of roaches in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 2R 2 | 2013/08/07 B 2013/08/12 | 569 | 9937066 4672375 | § 27-2018 admin. code: abate the nuisance consisting of mice in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 2R 2 | 2013/08/07 B 2013/08/12 | 508 | 9937067 4672375 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color all walls & ceilings thru-out in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 2R 2 | 2013/08/07 B 2013/08/12 | 702 | 9937068 4672375 | § 27-2045 adm code repair or replace the smoke detector missing in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/09/30 |
| 1R 1 | 2013/07/05 C 2013/07/17 | 616 | 9904842 4656938 | § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2) ceiling in 1st room from east at south located in apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2017/06/20 | 2013/08/19 |
| 1R 1 | 2013/07/05 C 2013/07/17 | 616 | 9904843 4656938 | § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2) ceiling | 1 NO ACCESS 2017/06/20 | 2013/08/19 |

| Apt/Story | Dates | No. | Violation No. | Description | Status | Date |
|---|---|---|---|---|---|---|
| 1R / 1 | 2013/07/05 C<br>2013/07/17 | 616 | 9904844<br>4656938 | § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2) ceiling in the kitchen located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2017/06/20 | 2013/08/19 |
| 2R / 2 | 2013/07/15 B<br>2013/07/17 | 501 | 9904195<br>4656937 | § 27-2005 adm code properly repair the broken or defective door in the bathroom located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/09/04 |
| 2R / 2 | 2013/07/15 B<br>2013/07/17 | 501 | 9904196<br>4656937 | § 27-2005 adm code properly repair the broken or defective door at east wall in the 4th room from east at south located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/09/04 |
| 2R / 2 | 2013/07/15 B<br>2013/07/17 | 508 | 9904197<br>4656937 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at east wall in the 4th room from east at south located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/09/04 |
| 2R / 2 | 2013/07/15 B<br>2013/07/17 | 1503 | 9904198<br>4656939 | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). missing in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/09/04 |
| 2R / 2 | 2013/07/15 B<br>2013/07/17 | 702 | 9904199<br>4656939 | § 27-2045 adm code repair or replace the smoke detector missing in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/09/04 |
| 1 | 2013/07/05 C<br>2013/07/09 | 671 | 9893131<br>4651959 | § 27-2033 adm code post notice, in form approved by the department, stating the name and location of the person designated by the owner to have key to buildings heating system ... at public hall, 1st story | 1 NO ACCESS 2017/06/20 | 2013/07/22 |
| 1 | 2013/07/05 A<br>2013/07/09 | 485 | 9893137<br>4651957 | § 329, m/d law and dept. rules and regs. provide a completed certificate of inspection visits in a proper frame readily accessible for signature, bottom edge of frame between 48-62 inches above floor at .. at public hall, 1st story | NOT COMPLIED 2014/02/19 | 2013/10/26 |
| 1 | 2013/07/05 B<br>2013/07/09 | 501 | 9893140<br>4651958 | § 27-2005 adm code properly repair the broken or defective electric light fixture at ceiling at public hall, 1st story | NOT COMPLIED 2014/02/19 | 2013/08/27 |
| All Stories | 2013/07/05 A<br>2013/07/09 | 555 | 9893148<br>4651957 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department walls and ceilings, at public hall, all stories. | NOT COMPLIED 2014/02/19 | 2013/10/26 |
| All Stories | 2013/07/05 A<br>2013/07/09 | 708 | 9893173<br>4651957 | § 27-2048 adm code paint or post a sign indicating floors all stories | NOT COMPLIED 2014/02/19 | 2013/10/26 |
| 2R / 2 | 2013/07/05 B<br>2013/07/09 | 702 | 9893217<br>4651961 | § 27-2045 adm code repair or replace the smoke detector missing in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/08/27 |
| 2R / 2 | 2013/07/05 B<br>2013/07/09 | 1503 | 9893218<br>4651961 | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). missing in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/08/27 |
| 2R / 2 | 2013/07/05 B<br>2013/07/09 | 569 | 9893219<br>4651961 | § 27-2018 admin. code: abate the nuisance consisting of mice in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/08/27 |
| 2R / 2 | 2013/07/05 B<br>2013/07/09 | 568 | 9893220<br>4651961 | § 27-2018 admin. code: abate the nuisance consisting of roaches in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/08/27 |
| 2R / 2 | 2013/07/05 A<br>2013/07/09 | 501 | 9893229<br>4651960 | § 27-2005 adm code properly repair the broken or defective light fixture at ceiling in the kitchen located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/10/26 |
| 2R / 2 | 2013/07/05 A<br>2013/07/09 | 529 | 9893231<br>4651960 | § 27-2005 adm code refit door in the bathroom located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/10/26 |
| 2R / 2 | 2013/07/05 A<br>2013/07/09 | 501 | 9893235<br>4651960 | § 27-2005 adm code properly repair the broken or defective light fixture at ceiling in the bathroom located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/10/26 |
| 2R / 2 | 2013/07/05 A<br>2013/07/09 | 529 | 9893238<br>4651960 | § 27-2005 adm code refit door in the 1st room from east located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/10/26 |
| 2R / 2 | 2013/07/05 A<br>2013/07/09 | 529 | 9893241<br>4651960 | § 27-2005 adm code refit upper and lower sash window in the 1st room from east located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/10/26 |

| Location | Dates | | | Description | Status | Date |
|---|---|---|---|---|---|---|
| 1R 1 | 2013/01/19 B 2013/01/22 | 550 | 9709602 45547: 1 | § 27-20... adm code... trace and repair the source and abate the nuisance consisting of mold ... approximately 12 sq.ft at ceiling in the bathroom located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/03/12 |
| 1R 1 | 2013/01/19 B 2013/01/22 | 579 | 9709603 4554711 | § 27-2026 adm code repair the leaky and/or defective faucets at bathtub in the bathroom located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/03/12 |
| 1R 1 | 2013/01/19 B 2013/01/22 | 501 | 9709684 4554711 | § 27-2005 adm code properly repair the broken or defective or inoperative bell system located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/03/12 |
| 1R 1 | 2013/01/19 B 2013/01/22 | 530 | 9709685 4554711 | § 27-2005, 2007 adm code arrange and make self-closing the doors at entrance located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/03/12 |
| 1R 1 | 2013/01/19 B 2013/01/22 | 569 | 9709686 4554711 | § 27-2018 admin. code: abate the nuisance consisting of mice located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/03/12 |
| 1R 1 | 2013/01/19 B 2013/01/22 | 568 | 9709687 4554711 | § 27-2018 admin. code: abate the nuisance consisting of roaches located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/03/12 |
| 1R 1 | 2013/01/19 B 2013/01/22 | 1503 | 9709688 455471: | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). inoperative located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/03/12 |
| 1R 1 | 2013/01/19 B 2013/01/22 | 702 | 9709689 4554711 | § 27-2045 adm code repair or replace the smoke detector inoperative located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/03/12 |
| 1 | 2012/08/18 B 2012/08/20 | 501 | 9544467 4471114 | § 27-2005 adm code properly repair the broken or defective lighting fixture at ceiling at lobby, 1st story | NOT COMPLIED 2014/02/19 | 2012/10/08 |
| 2R 2 | 2012/08/08 B 2012/08/10 | 566 | 9532926 4465836 | § 27-2018 adm code abate the nuisance consisting of vermin water bugs in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2012/09/28 |
| Yards / Courts | 2012/08/08 B 2012/08/10 | 552 | 9532932 4465836 | § 27-2010, 2011, 2012 adm code remove the accumulation of refuse and/or rubbish and maintain in a clean condition the rear yard | NOT COMPLIED 2014/02/19 | 2012/09/28 |
| 2R 2 | 2012/08/08 B 2012/08/10 | 501 | 9532941 4465836 | § 27-2005 adm code properly repair the broken or defective light fixture at ceiling in the kitchen located at apt 2r, 2nd story | NOT COMPLIED 2014/02/19 | 2012/09/28 |
| 2R 2 | 2012/08/08 A 2012/08/10 | 505 | 9532946 4465835 | § 27-2005 adm code replace with new the broken or defective formica countertop at sink cabinet in the kitchen located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2012/11/27 |
| Yards / Courts | 2012/07/23 A 2012/07/25 | 685 | 9513909 4455883 | § 27-2040 adm code provide adequate lighting at or near the outside of the front entranceway of the building and keep same burning from sunset every day to sunrise on the day following | NOT COMPLIED 2014/02/19 | 2012/11/11 |
| 1F 1 | 2012/07/23 A 2012/07/25 | 550 | 9513990 4455883 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... at east wall in the 1st room from east located at apt 1f, 1st story, 1st apartment from east at south | NOT COMPLIED 2014/02/19 | 2012/11/11 |
| 1F 1 | 2012/07/23 A 2012/07/25 | 501 | 9513992 4455883 | § 27-2005 adm code properly repair the broken or defective intercom system from 1st story public hall vestibule located at apt 1f, 1st story, 1st apartment from east at south | NOT COMPLIED 2014/02/19 | 2012/11/11 |
| Yards / Courts | 2012/07/23 B 2012/07/25 | 683 | 9513993 4455884 | § 27-2039 adm code provide adequate light of not less than 60 watts incandescent or equivalent illumination at 1st story at public hall | NOT COMPLIED 2014/02/19 | 2012/09/12 |
| | 2012/07/06 B 2012/07/09 | 538 * | 9496360 4446404 | § 27-2005, 2007 adm code remove all encumbrances consisting of hosehold items at scuttle ladder 2nd. sty. at public hall | NOT COMPLIED 2014/02/19 | 2012/08/27 |
| 2F 2 | 2012/07/06 C 2012/07/09 | 790 | 9496363 4446406 | § 27-2043.1 hmc install the missing or repair/replace the defective window guard(s) in accordance with the specifications of the new york city health code section 24 rcny chapter 12. wg to install = 2; wg to replace = 0; wg to repair = 0; located at apt 2f, 2nd story, 1st apartment from south at west | 1 NO ACCESS 2017/06/20 | 2012/08/04 |
| 1F 1 | 2012/06/22 B 2012/06/26 | 550 | 9482315 4439412 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... at east wall ( appx. 8 sq ft) in the 1st room from east located at apt 1f, 1st story, 1st apartment from east at south | NOT COMPLIED 2014/02/19 | 2012/08/14 |
| 1F 1 | 2012/06/16 C 2012/06/22 | 616 | 9480833 4437543 | § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2) east | 1 NO ACCESS 2014/06/16 | 2012/07/23 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2R2 | 2013/07/05 A 2013/07/09 | 529 | 9893243 4651960 | § 27-2005 adm code fix door in the 4th room from east at south located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/10/26 |
| 2R2 | 2013/07/05 A 2013/07/09 | 501 | 9893247 4651960 | § 27-2005 adm code properly repair the broken or defective light fixture at ceiling in the 4th room from east at south located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2013/10/26 |
| 2F2 | 2013/07/05 A 2013/07/09 | 556 | 9893238 4651953 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department ceiling in the 2nd room from east at south located at apt 2f, 2nd story, 1st apartment from south at west | 1 NO ACCESS 2014/02/19 | 2013/10/26 |
| 2F2 | 2013/07/05 B 2013/07/09 | 593 * | 9893240 4651964 | § 27-2026 adm code repair the flushing apparatus and maintain same so as to flush effectively the water closet … in the bathroom located at apt 2f, 2nd story, 1st apartment from south at west | 1 NO ACCESS 2014/02/19 | 2013/08/27 |
| 2F2 | 2013/07/05 B 2013/07/09 | 521 | 9893296 4651964 | § 27-2005, 2007 adm code fire egress defective. remove obstructing bars or unlawful gates from window to fire escape or provide approved type gate … in the 4th room from east at south located at apt 2f, 2nd story, 1st apartment from south at west | 1 NO ACCESS 2014/02/19 | 2013/08/27 |
| 1R1 | 2013/07/05 B 2013/07/09 | 569 | 9893366 4651967 | § 27-2018 admin. code: abate the nuisance consisting of mice in the entire apartment located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/08/27 |
| 1R1 | 2013/07/05 B 2013/07/09 | 568 | 9893367 4651967 | § 27-2018 admin. code: abate the nuisance consisting of roaches in the entire apartment located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/08/27 |
| 1R1 | 2013/07/05 B 2013/07/09 | 689 | 9893380 4651967 | § 27-2005, 2006, 2037 hmc: properly repair and abate unsafe electric wiring condition consisting of exposed electric wires at ceiling in the kitchen located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/08/27 |
| 1R1 | 2013/07/05 B 2013/07/09 | 689 | 9893386 4651967 | § 27-2005, 2006, 2037 hmc: properly repair and abate unsafe electric wiring condition consisting of exposed electric wires at circuit breaker box, south wall in the kitchen located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/08/27 |
| 1R1 | 2013/07/05 B 2013/07/09 | 550 | 9893394 4651967 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold … at ceiling (approx. 20 square feet) in the bathroom located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/08/27 |
| 1R1 | 2013/07/05 B 2013/07/09 | 579 | 9893395 4651967 | § 27-2026 adm code repair the leaky and/or defective faucets at bath tub in the bathroom located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/08/27 |
| 1R1 | 2013/07/05 B 2013/07/09 | 509 | 9893402 4651967 | § 27-2005 adm code properly secure the loose wall ceramic tiles at south wall in the bathroom located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/08/27 |
| 1R1 | 2013/07/05 B 2013/07/09 | 583 | 9893408 4651967 | § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at ceiling in the 1st room from east at south located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/08/27 |
| 1R1 | 2013/07/05 A 2013/07/09 | 550 | 9893409 4651966 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold … at window frame, (approx. 10 square feet) in the 1st room from east at south located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/10/26 |
| 1R1 | 2013/03/15 C 2013/03/15 | 618 | 9770510 4585548 | § 27-2056.7 adm code -correct failure to provide to the department within 45 days of demand all records required to be maintained by owner | 1 NO ACCESS 2014/02/19 | 2013/04/15 |
| 1R1 | 2013/01/19 A 2013/01/22 | 556 | 9709679 4554710 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department all walls and ceilings in the entire apartment located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/05/11 |
| 1R1 | 2013/01/19 B 2013/01/22 | 550 | 9709680 4554711 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold … approximately 16 sq.ft at 1st and 2nd window frames east in the 1st room from east at north located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/03/12 |
| 1R1 | 2013/01/19 B 2013/01/22 | 550 | 9709681 4554711 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold … approximately 16 sq.ft at 1st and 2nd window frames east in the 1st room from east at south located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2013/03/12 |

| Apt | Date | | Viol # | Description | Status | Date |
|---|---|---|---|---|---|---|
| 1F 1 | 2012/06/16 C 2012/06/22 | 616 | 9480834 4437513 | § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2) ceiling in the 4th room from east located at apt 1f, 1st story, 1st apartment from east at south | 1 NO ACCESS 2014/06/16 | 2012/07/23 |
| 1F 1 | 2012/06/16 C 2012/06/22 | 616 | 9480835 4437543 | § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2) south wall, west wall in the bathroom located at apt 1f, 1st story, 1st apartment from east at south | 1 NO ACCESS 2014/06/16 | 2012/07/23 |
| 1F 1 | 2012/06/16 C 2012/06/22 | 616 | 9480836 4437543 | § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2) ceiling in the foyer located at apt 1f, 1st story, 1st apartment from east at south | 1 NO ACCESS 2014/06/16 | 2012/07/23 |
| 1 | 2012/06/16 C 2012/06/18 | 510 | 9475045 4434163 | § 27-2005 adm code & 309 m/d law abate the nuisance consisting of no electrical supply to all stories at public hall, 1st story | 1 NO ACCESS 2017/06/20 | 2012/06/29 |
| 1F 1 | 2012/06/06 C 2012/06/14 | 616 | 9470753 4431843 | § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2) east wall in the 1st room from east located at apt 1f, 1st story, 1st apartment from east at south | 1 NO ACCESS 2014/06/16 | 2012/07/15 |
| 1F 1 | 2012/06/06 C 2012/06/14 | 616 | 9470757 4431848 | § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2) east wall in the kitchen located at apt 1f, 1st story, 1st apartment from east at south | 1 NO ACCESS 2014/06/16 | 2012/07/15 |
| 1F 1 | 2012/06/06 C 2012/06/14 | 616 | 9470758 4431848 | § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2) 1st door from north at east wall in the 5th room from east located at apt 1f, 1st story, 1st apartment from east at south | 1 NO ACCESS 2014/06/16 | 2012/07/15 |
| 2F 2 | 2012/06/02 B 2012/06/04 | 550 | 9457471 4424269 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... at ceiling in the bathroom located at apt 2f, 2nd story, 1st apartment from south at west | 1 NO ACCESS 2014/02/19 | 2012/07/23 |
| 2F 2 | 2012/06/02 B 2012/06/04 | 502 | 9457472 4424269 | § 27-2005 adm code properly repair with similar material the broken or defective sheetrock ceiling in the 3rd room from east located at apt 2f, 2nd story, 1st apartment from south at west | 1 NO ACCESS 2014/02/19 | 2012/07/23 |
| 2R 2 | 2011/11/09 B 2011/11/14 | 508 | 9198378 4295005 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and at all walls in the bathroom located at apt 2r, 2nd story, apartment at east | NOT COMPLIED 2014/02/19 | 2012/01/02 |
| 2R 2 | 2011/11/09 B 2011/11/14 | 550 | 9198426 4295005 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... at ceiling approx. 20 square feet in the bathroom located at apt 2r, 2nd story, apartment at east | DEFECT LETTER 2014/02/23 | 2012/01/02 |
| 2F 2 | 2011/11/02 A 2011/11/04 | 556 | 9190894 4290854 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department all peeling paint surfaces in the kitchen , the 2nd room from east at south, the private hallway , the 4th room from east at south, the 4th room from east at north, the bathroom , the 3rd room from east located at apt 2f, 2nd story, 1st apartment from south at west | 1 NO ACCESS 2014/02/19 | 2012/02/21 |
| 2F 2 | 2011/11/02 B 2011/11/04 | 1503 | 9189832 4290855 | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). inoperative located at apt 2f, 2nd story, 1st apartment from south at west | 1 NO ACCESS 2014/02/19 | 2011/12/23 |
| 2F 2 | 2011/11/02 B 2011/11/04 | 702 | 9189833 4290855 | § 27-2045 adm code repair or replace the smoke detector inoperative located at apt 2f, 2nd story, 1st apartment from south at west | 1 NO ACCESS 2014/02/19 | 2011/12/23 |
| 2F 2 | 2011/11/02 B 2011/11/04 | 550 | 9189834 4290855 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... at ceiling in the bathroom located at apt 2f, 2nd story, 1st apartment from south at west | 1 NO ACCESS 2014/02/19 | 2011/12/23 |
| 2F 2 | 2011/09/12 A 2011/09/14 | 556 | 9105654 4252114 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department all peeling paint surfaces in the bathroom , the 4th room from east at south, the 4th room from east at north, the | 1 NO ACCESS 2014/02/19 | 2012/01/01 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 3rd room from east located at apt 2f, 2nd story, 1st apartment from south at west | | |
| 2F 2 | 2011/09/12 B 2011/09/14 | 550 | 9104007 4252115 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... at ceiling appx 20 sq ft in the bathroom located at apt 2f, 2nd story, 1st apartment from south at west | 1 NO ACCESS 2014/02/19 | 2011/11/02 |
| 2F 2 | 2011/09/12 B 2011/09/14 | 593 * | 9104009 4252115 | § 27-2026 adm code repair the flushing apparatus and maintain same so as to flush effectively the water closet ,, in the bathroom located at apt 2f, 2nd story, 1st apartment from south at west | 1 NO ACCESS 2014/02/19 | 2011/11/02 |
| 2R 2 | 2011/09/07 B 2011/09/09 | 508 | 9096433 4248621 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling in the 4th room from east at south located at apt 2r, 2nd story | NOT COMPLIED 2014/02/19 | 2011/10/28 |
| 1F 1 | 2011/08/17 B 2011/08/19 | 508 | 9067411 4234805 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling and west wall in the 6th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOT COMPLIED 2014/02/19 | 2011/10/07 |
| 1F 1 | 2011/07/10 B 2011/07/12 | 501 | 9014037 4208910 | § 27-2005 adm code properly repair the broken or defective electric outlets at north and east walls in the bathroom located at apt 1f, 1st story, 1st apartment from east at south | NOT COMPLIED 2014/02/19 | 2011/08/30 |
| 1F 1 | 2011/07/10 B 2011/07/12 | 501 | 9014040 4208910 | § 27-2005 adm code properly repair the broken or defective electric outlet at west wall in the 6th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOT COMPLIED 2014/02/19 | 2011/08/30 |
| 1F 1 | 2011/07/10 B 2011/07/12 | 577 * | 9014041 4208910 | § 27-2024 adm code provide adequate supply of hot water for the fixtures low hot water presure at fixers at kitchen sink and bathroom basin in the entire apartment located at apt 1f, 1st story, 1st epartment from east at south | NOT COMPLIED 2014/02/19 | 2011/08/30 |
| 1F 1 | 2010/12/15 A 2010/12/17 | 556 | 8736990 4077180 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department all peeling paint surfaces in the bathroom , the 1st room from east, the 4th room from east located at apt 1f, 1st story, 1st apartment from east at south | NOT COMPLIED 2014/02/19 | 2011/04/05 |
| Yards / Courts | 2010/12/10 B 2010/12/14 | 686 | 8729681 4074885 | § 27-2040 adm code provide adequate lighting at or near the outside of the front entranceway of the building and keep same burning from sunset every day to sunrise on the day following 100 watts required | NOT COMPLIED 2014/02/19 | 2011/02/01 |
| 1 | 2010/12/12 B 2010/12/14 | 683 | 8731340 4074887 | § 27-2039 adm code provide adequate light of not less than 60 watts incandescent or equivalent illumination .. at public hall, 1st story | NOT COMPLIED 2014/02/19 | 2011/02/01 |
| 1R 1 | 2010/10/25 B 2010/10/27 | 569 | 8664658 4044042 | § 27-2018 admin. code: abate the nuisance consisting of mice in the entire apartment located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2014/02/19 | 2010/12/15 |
| 1R 1 | 2010/10/25 B 2010/10/27 | 568 | 8664659 4044042 | § 27-2018 admin. code: abate the nuisance consisting of roaches in the entire apartment located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2014/02/19 | 2010/12/15 |
| 1R 1 | 2010/10/25 B 2010/10/27 | 505 | 8664660 4044042 | § 27-2005 adm code replace with new the broken or defective eletric outlet cover at north wall in the kitchen located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2014/02/19 | 2010/12/15 |
| 1R 1 | 2010/10/25 B 2010/10/27 | 649 * | 8664662 4044042 | § 27-2026 adm code remove all obstructions and repair all defects in drain pipe at wash basin in the bathroom located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2014/02/19 | 2010/12/15 |
| 1R 1 | 2010/10/25 B 2010/10/27 | 649 * | 8665255 4044042 | § 27-2026 adm code remove all obstructions and repair all defects in drain pipe at bath tub in the bathroom located at apt 1r, 1st story, apartment at east | 1 NO ACCESS 2014/02/19 | 2010/12/15 |
| 1R 1 | 2010/08/18 B 2010/08/20 | 508 | 8563714 3998861 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ,, 1st closet from south at west wall wall in the kitchen located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2010/10/08 |
| 1R 1 | 2010/08/18 A 2010/08/20 | 554 | 8563715 3998860 | § 27-2005 adm code paint metal in accordance with dept. regulation ,, 1st radiator from east at south wall in the kitchen located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2010/12/07 |
| 1R 1 | 2010/08/18 A 2010/08/20 | 556 | 8563716 3998860 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department ,, 1st window frame from east at south wall, 1st closet from south at west wall door frame in the kitchen located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2010/12/07 |
| 1R | 2010/08/18 B | 569 | 8563717 | § 27-2018 admin. code: abate the nuisance | 1 NO | 2010/10/08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2010/08/20 | | 3998861 | consisting of roaches located at apt 1r, 1st story, 1st apartment from north at east | ACCESS | |
| 1R 1 | 2010/08/18 B 2010/08/20 | 568 | 8563718 3998861 | § 27-2018 admin. code: abate the nuisance consisting of roaches located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2010/10/08 |
| 1R 1 | 2010/08/18 B 2010/08/20 | 630 | 8563719 3998861 | § 27-2005, 2007 adm code arrange and make self-closing the doors ., in the entrance located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2010/10/08 |
| 1R 1 | 2010/08/18 A 2010/08/20 | 692 | 8563858 3998860 | § 27-2043 adm code provide a lock and key to the entrance door of dwelling unit and, if a cl a multiple dwelling, also chain door guard in the entrance located at apt 1r, 1st story, 1st apartment from north at east | 1 NO ACCESS 2014/02/19 | 2010/12/07 |
| 2R 2 | 2010/01/08 A 2010/01/11 | 556 | 8227045 3844122 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department all peeling paint surfaces in the 1st room from east at south, the bathroom , the kitchen , the 1st room from east at north located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2010/04/30 |
| 2R 2 | 2010/01/08 A 2010/01/11 | 502 | 8224849 3843423 | § 27-2005 adm code properly repair with similar material the broken or defective wood floor at closet in the 1st room from east at north located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2010/04/30 |
| 2R 2 | 2010/01/08 B 2010/01/11 | 502 | 8224850 3843424 | § 27-2005 adm code properly repair with similar material the broken or defective wood saddle in the bathroom located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2010/03/01 |
| 2R 2 | 2010/01/08 B 2010/01/11 | 568 | 8224851 3843424 | § 27-2018 admin. code: abate the nuisance consisting of roaches in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2010/03/01 |
| 2R 2 | 2010/01/08 B 2010/01/11 | 501 | 8224852 3843424 | § 27-2005 adm code properly repair the broken or defective lower window sash at east wall in the 1st room from east at north located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2010/03/01 |
| 2R 2 | 2010/01/08 B 2010/01/11 | 508 | 8224853 3844123 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the 1st closet from west at north wall wall in the foyer located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2010/03/01 |
| 2R 2 | 2010/01/08 A 2010/01/11 | 556 | 8224854 3844122 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the 1st door from south at west wall in the foyer located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2010/04/30 |
| 2R 2 | 2010/01/08 A 2010/01/11 | 556 | 8224855 3844122 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the 1st window frame from east at south wall, 1st door frame from north at east wall in the 4th room from east located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2010/04/30 |
| 2R 2 | 2010/01/08 B 2010/01/11 | 508 | 8224856 3844123 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling in the 4th room from east located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2010/03/01 |
| 2R 2 | 2010/01/08 B 2010/01/11 | 702 | 8224857 3844123 | § 27-2045 adm code repair or replace the smoke detector defective in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2010/03/01 |
| 2R 2 | 2010/01/08 B 2010/01/11 | 1502 | 8224858 3844123 | § 27-2046.1, 2046.2 hmc: provide an approved and operational carbon monoxide detecting device, installed in accordance with applicable law and rules. in the entire apartment located at apt 2r, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2010/03/01 |
| 2R 2 | 2010/01/08 C 2010/01/11 | 617 | 8227043 3844124 | § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) north wall in the 4th room from east located at apt 2r, 2nd story, 1st apartment from north at east | 1 NO ACCESS 2017/06/20 | 2010/02/11 |
| 2R 2 | 2010/01/08 C 2010/01/11 | 617 | 8227044 3844124 | § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) 1st door frame from south at west wall in the foyer located at apt 2r, 2nd story, 1st apartment from north at east | 1 NO ACCESS 2017/06/20 | 2010/02/11 |
| 2A 2 | 2006/12/09 C 2006/12/11 | 617 | 6503201 2867624 | § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated | 1 NO ACCESS 2017/06/20 | 2007/01/11 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | subsurface - using work practices set forth in 28 rcny §11-06(b)(2) north wall, east wall in the 1st room from east at north located at apt 2a, 2nd story, 1st apartment from north at east | | |
| 2A 2 | 2006/04/21 A 2006/04/26 | 556 | 6119586 2659452 | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the 1st door frame from south at west wall, ceiling, south wall in the foyer located at apt 2a, 2nd story, 1st apartment from north at east | NOT COMPLIED 2014/02/19 | 2006/08/18 2006/08/01 |
| 1F 1 | 2005/12/20 C 2005/12/22 | 617 | 5906949 2575941 | § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) west wall in the 4th room from east located at apt 1f, 1st story, 1st apartment from east at south | 1 NO ACCESS 2014/06/16 | 2006/01/22 |
| 1F 1 | 2005/12/20 C 2005/12/22 | 617 | 5906950 2575941 | § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) 1st radiator from east at south wall in the 1st room from east located at apt 1f, 1st story, 1st apartment from east at south | 1 NO ACCESS 2014/06/16 | 2006/01/22 |
| All Stories | 2005/11/02 2005/11/07 | 671 | 5815586 2529716 | § 27-2033 adm code post notice, in form approved by the department, stating the name and location of the person designated by the owner to have key to buildings heating system , at entrance story | 1 NO ACCESS 2017/06/20 | 2005/11/23 2005/11/30 |
| Yards / Courts | 2014/10/30 I | 767 | 10434248 | § 27-2089 adm code the premises have been vacated by an order of this department and cannot be reoccupied except for caretaker until a new certificate of occupancy has been obtained. | INFO NOV SENT 2014/11/03 | * |
| | 2015/02/20 I | 780 | 10571271 | §27-2107 adm code owner failed to file a valid registration statement with the department as required by adm code §27-2097 and is therefore subject to civil penalties, prohibited from certifying violations, and denied the right to recover possession of premises for nonpayment of rent until a valid registration statement is filed. | INFO NOV SENT 2015/02/20 | * |
| | 2015/10/08 I | 780 | 10919629 | §27-2107 adm code owner failed to file a valid registration statement with the department as required by adm code §27-2097 and is therefore subject to civil penalties, prohibited from certifying violations, and denied the right to recover possession of premises for nonpayment of rent until a valid registration statement is filed. | INFO NOV SENT 2015/10/08 | * |
| | 2016/11/07 I | 780 | 11491665 | §27-2107 adm code owner failed to file a valid registration statement with the department as required by adm code §27-2097 and is therefore subject to civil penalties, prohibited from certifying violations, and denied the right to recover possession of premises for nonpayment of rent until a valid registration statement is filed. | INFO NOV SENT 2016/11/07 | * |
| | 2017/01/31 I | 729 | 11631595 | §27-2153 adm code the premises has been selected to participate in the alternative enforcement program which may result in building-wide inspections, fees, and extensive repair work to correct violations and underlying conditions. charges for repair work done pursuant to this order, if not paid, will become liens on the property | INFO NOV SENT 2017/02/01 | * |

In Re,
95th Street Square Inc.

Chapter 7
Case No.: 17-12270 (SCC)

### Certificate of Service

I, Joshua Bronstein, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C.. 1746, I caused to be served a copy of the Notice of Motion, Declaration, and Exhibits on October 24, 2018 via the United States Southern District Bankruptcy Court Website and by First Class mail in an authorized United States Post Office, depository on October 24, 2018, on the following parties listed below.

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
1 Bowling Green,
New York, NY 10004

William K. Harrington
United States Trustee, Region 2
Attn: Shannon Anne Scott
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014

Al Zanure
Member of the Debtor
Ninety Fifth Street Square, Inc.
1852 East 22nd Street
Brooklyn, N.Y. 11229

30 Aerie Court
Unit 30 and Unit 90
Manhasset, New York 11030

Shapiro, DiCaro & Bark, LLC
Attorneys for Wells Fargo Bank, N.A.
Et. Al.
175 Mile Crossing Boulevard
Rochester, New York 14624

Dated: Port Washington, New York
       October 24, 2018

By: _____
    Joshua Bronstein

6